IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------- x
IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
---------------------------------------------------------- x
This Document Relates To:

The Cases Listed on the Attached
Exhibit A

---------------------------------------------------------- x

CIVIL ACTION NO. MDL 875

FILED
FEB - 3 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## AGREED ORDER OF VOLUNTARY DISMISSAL

By agreement of the parties, Uniroyal, Inc. is hereby dismissed, without prejudice and each party to bear its own costs, from all CVLO-1 and CVLO-2 cases on the attached Exhibit A. Uniroyal will remain in only the following CVLO-1 and CVLO-2 cases:

Granger, Elmer (09-CV-60953)
Engelman, Patrick (09-CV-60939)
Block, John (08-CV-91649)
Ellena, Glenn (09-CV-60947)
Elrod, Robert (09-CV-60937)
Grieff, Dale (09-CV-60954)
Millard, Eugene (10-CV-68119

AND IT IS SO ORDERED.

Dated: Feb. 1, 2012

Eduardo C. Robreno, J.

# EXHIBIT A

CH2\10927478.1

| Plaintiff Last | Plaintiff First | State | Original CA# | EDPA CA# | Notes |
|---|---|---|---|---|---|
| ABERLE | GLENN | IL | 93-1391 | 08-91650 | CVLO 1 |
| ALLEN | GARY | IL | 97-1494 | 10-67536 | CVLO 2 |
| ALLEN | LOUIS | IL | 00-5173 | 08-90142 | CVLO 2 |
| ALMEDA | TRINI | IL | 94-1413 | 08-91698 | CVLO 2 |
| ALSENE | DELMAR | IL | 00-1011 | 08-92187 | CVLO 1 |
| AMOS | EXCELL | IL | 99-8536 | 08-89998 | CVLO 2 |
| ANDREWS | DONALD | IL | 01-2016 | 08-90211 | CVLO 2 |
| ANUSZKIEWICZ | ROMAN | IN | 00-00493 | 08-90938 | CVLO 1 |
| ARSENEAULT | CLOVIS | IN | 99-0076 | 10-67621 | CVLO 2 |
| AYERS | MARK | IL | 02-2070 | 08-91953 | CVLO 1 |
| BAILEY | SAMUEL | IL | 00-7526 | 08-90153 | CVLO 2 |
| BAULT | CHARLES | IL | 93-1419 | 08-91663 | CVLO 1 |
| BEACH | LAUNDY | IL | 95-1101 | 10-68142 | CVLO 1 |
| BEDDOW | MERLE | IL | 94-2239 | 08-92239 | CVLO 1 |
| BEENEY | DONALD | IL | 94-1477 | 08-91728 | CVLO 1 |
| BEMENT | JAMES | IN | 00-0033 | 10-67615 | CVLO 1 |
| BENNETT | BOB | IL | 91-1374 | 08-91585 | CVLO 1 |
| BERGSTROM | LESTER | IL | 99-8503 | 08-89980 | CVLO 2 |
| BEY | GEORGE | IL | 99-8406 | 08-89979 | CVLO 2 |
| BEYER | HAROLD | IL | 97-4043 | 08-91894 | CVLO 2 |
| BLACK | JOHN | IL | 99-2268 | 10-68110 | CVLO 1 |
| BODINE | RICHARD | IL | 96-2009 | 08-92055 | CVLO 1 |
| BRANCHFIELD | DEL | IL | 91CV01377 | 08-91587 | CVLO-1 |
| BRANT | HAROLD | IN | 00-0498 | 10-67723 | CVLO 2 |
| BREWER | DAVID | IL | 97-1493 | 08-89954 | CVLO 2 |
| BRIESACHER | EDWARD | IN | 97-00325 | 09-61874 | CVLO-2 |
| BRIGHAM | GEORGE | IL | 99-8519 | 08-89984 | CVLO 2 |
| BROOKINS | HENRY | IL | 99-05927 | 08-89810 | CVLO 2 |
| BROOKS | RAY | IL | 00-1214 | 08-92194 | CVLO 1 |
| BROWNLEE | THEODORE | IL | 02-2084 | 08-91954 | CVLO 1 |
| BRYAN | WILLIAM | IL | 99-5322 | 08-89866 | CVLO 2 |
| BUCHANAN | HOWARD | IL | 94-2286 | 08-92038 | CVLO 2 |
| BUCHANAN | MICHAEL | IL | 97-3271 | 10-68074 | CVLO 1 |
| BUGG | WILLIAM | IL | 94-1478 | 08-91729 | CVLO 1 |
| BURTON | ALICE | IL | 99-2213 | 08-92139 | CVLO 1 |
| BURTON | WILLIAM | IL | 98-4086 | 08-92309 | CVLO 1 |
| CARLSON | NEIL | IL | 95-50064 | 10-67533 | CVLO 2 |
| CARLSON | ROBERT | IL | 96-7439 | 08-89945 | CVLO 2 |
| CARMICHAEL | JAMES | IL | 98-4628 | 10-67545 | CVLO 2 |
| CARNEGIE | JOHN | IL | 97-4628 | 08-89958 | CVLO 2 |
| CENTERS | ALBERT | IL | 02-8702 | 08-90268 | CVLO 1 |
| CHAVEZ | RICHARD | IL | 99-50211 | 08-90342 | CVLO 1 |
| COHEN | RONALD | IN | 00-0024 | 09-64755 | CVLO 1 |
| COOK | JERRY | IL | 99-4340 | 08-89846 | CVLO 2 |
| COOPER | LARRY | IL | 95-50068 | 08-90330 | CVLO 2 |
| CRAIN | PAUL | IL | 99-4328 | 08-89841 | CVLO 1 |
| CRAVEN | JOHN | IN | 00-0042 | 10-67678 | CVLO 1 |
| CRIPE | GEORGE | IL | 00-2161 | 08-91940 | CVLO 1 |
| CUMMINGS | RONALD | IN | 99-381 | 10-68902 | CVLO 1 |
| CZAJKOSKI | WALTER | IL | 08-89969 | 08-89969 | CVLO 2 |

1

| DALTON | JACK | IL | 01-2014 | 08-91944 | CVLO 1 |
|---|---|---|---|---|---|
| D'AMICO | CARMEN | IL | 97-2943 | 10-67534 | CVLO 2 |
| DANIELS | JIMMIE | IL | 94-2266 | 08-92259 | CVLO 2 |
| DARLING | WILLIAM | IL | 94-2236 | 08-92236 | CVLO 1 |
| DAVIS | EDGAR | IL | 00-1407 | 08-92201 | CVLO 1 |
| DEANGELIS | SALVATORE | IL | 97-1492 | 08-89953 | CVLO 2 |
| DEAVILLE | KENNETH | IL | 96-2068 | 08-92064 | CVLO 1 |
| DELOACH | THOMAS | IL | 00-5175 | 08-90144 | CVLO 2 |
| DENSON | WILLIE | IL | 01-00586 | 08-90178 | CVLO 2 |
| DETERS | CLETUS | IL | 97-4344 | 10-64585 | CVLO 1 |
| DEWITT | ELSIE | IL | 01-1968 | 08-90189 | CVLO 2 |
| DODD | CARL | II | 91-1362 | 08-91578 | CVLO 1 |
| D'OTTAVIO | NELLO | IL | 99-05937 | 10-67554 | CVLO 2 |
| DOUGHERTY | DANIEL | IL | 99-04342 | 08-89847 | CVLO 2 |
| DOVER | JACKIE | IL | 98-1112 | 10-68127 | CVLO 1 |
| DOYLE | LEO | IL | 00-08174 | 08-90155 | CVLO 2 |
| DUAL | MONTE | IL | 01-4008 | 08-92314 | CVLO 1 |
| DUBOIS | CHARLES | IL | 97-2137 | 08-92119 | CVLO 1 |
| DUBROVICH | JOHN | IL | 99-08525 | 10-67557 | CVLO 2 |
| EAGLE | KENNETH | IL | 98-50179 | 10-67559 | CVLO 2 |
| EBERT | MICHAEL | IL | 96-4090 | 08-89432 | CVLO 1 |
| ECONOMOUS | JACK | IL | 99-08557 | 08-90017 | CVLO 2 |
| EDWARDS | TERRY | IL | 99-2208 | 08-92137 | CVLO 1 |
| FADLER | DONALD | IL | 01-2428 | 08-90220 | CVLO 1 |
| FERGUSON | JAMES | IL | 01-5337 | 08-90234 | CVLO 2 |
| FERRELL | PAUL | IL | 98-1998 | 08-89885 | CVLO 2 |
| FISHER | PASCAL | IL | 99-1292 | 08-92173 | CVLO 1 |
| FLAGG | RICHARD | IL | 99-06045 | 10-67556 | CVLO 2 |
| FLOYD | ELRIE | IL | 99-6039 | 08-89967 | CVLO 2 |
| FONNER | LARRY | IL | 94-2175 | 08-92222 | CVLO 1 |
| FRABONI | LOUIS | IL | 93-1434 | 08-91671 | CVLO 1 |
| FRAMPTON | KENNETH | IL | 98-1113 | 08-92160 | CVLO 1 |
| FRANKENBERGER | HOWARD | IN | 96-0063 | 09-61717 | CVLO 2 |
| FRATTINI | JAMES | IL | 96-1591 | 09-60945 | CVLO 2 |
| GABBARD | BEN | IL | 99-2140 | 08-92151 | CVLO 1 |
| GABBARD | ROBERT | IL | 99-2140 | 08-92145 | CVLO 1 |
| GADDY | BOB | IL | 00-2201 | 08-90106 | CVLO 2 |
| GADDY | CLIFFORD | IL | 00-2201 | 08-90081 | CVLO 2 |
| GAINES | JAMES | IL | 91-2195 | 08-92305 | CVLO 1 |
| GARD | ROBERT | IN | 00-0004 | 10-67613 | CVLO 1 |
| GARD | LESLIE | IL | 95-1102 | 08-91736 | CVLO 1 |
| GARECHT | ROBERT | IL | 99-2184 | 08-92134 | CVLO-1 |
| GEHRKE | DAVID | IL | 09-7892 | 10-67444 | CVLO 2 |
| GIULIANO | WILLIAM | IN | 99-0055 | 09-64609 | CVLO 1 |
| GOETSCH | RANDALL | IL | 94-1083 | 08-91673 | CVLO 1 |
| GORENA | EDUARDO | IL | 96-6409 | 10-67535 | CVLO-1 |
| GRAHAM | LAWRENCE | IL | 96-1591 | 09-60952 | CVLO 2 |
| GRAHAM | MARION | IL | 00-5169 | 08-90139 | CVLO 2 |
| GRAVES | WILLIAM | IL | 97-2151 | 08-92120 | CVLO 1 |
| GREEN | ROBERT | IL | 99-4077 | 08-92311 | CVLO 1 |
| GREEN | ELLA | IL | 00-04167 | 08-90129 | CVLO 2 |

| | | | | | |
|---|---|---|---|---|---|
| GRIER | JOHN | IL | 94-1300 | 08-91687 | CVLO 1 |
| GRIER | DAVID | IL | 93-1408 | 08-91657 | CVLO 1 |
| GUSMAN | EMILIO | IL | 96-1591 | 09-60956 | CVLO 2 |
| HAMANN | KENNETH | IL | 00-1004 | 08-92181 | CVLO 1 |
| HAMERLA | JOHN | IL | 01-2012 | 08-90208 | CVLO 2 |
| HARRIS | ROBERT | IL | 91-1379 | 08-91589 | CVLO 1 |
| HART | ANDREW | IL | 94-1084 | 08-91674 | CVLO 1 |
| HASKINS | HAROLD | IL | 99-5958 | 08-89819 | CVLO 2 |
| HATFIELD | BOBBY | IL | 00-2009 | 08-92147 | CVLO 1 |
| HELFERS | CARL | IL | 00-1234 | 08-92196 | CVLO 1 |
| HENNEY | JEAN | IN | 99-0175 | 09-64629 | CVLO 1 |
| HESS | ROY | IL | 00-1003 | 08-92180 | CVLO 1 |
| HESTER | BILLIE | IL | 00-2117 | 08-90072 | CVLO 2 |
| HICKEY | ELMER | IL | 99-8580 | 08-90038 | CVLO 2 |
| HILL | JOHN | IL | 97-4209 | 10-64557 | CVLO 1 |
| HOLDEN | MICHAEL | IL | 00-2125 | 08-92154 | CVLO 1 |
| HOLLINS | WILLIE | IL/IN | 01-2006 | 08-90201 | CVLO 2 |
| HOLLOWAY | FRED | IN | 96-063 | 09-61721 | CVLO 2 |
| HORN | RICHARD | IL | 95-2050 | 10-68096 | CVLO 1 |
| HOSKINS | ADAM | IL | 99-0459 | 08-89474 | CVLO 1 |
| HULMES | DARRELL | IL | 99-2206 | 08-92135 | CVLO 1 |
| HURSTON | HERMAN | IN | 97-00242 | 09-61793 | CVLO 2 |
| HUTCHINSON | JACK | IL | 97-1259 | 08-92157 | CVLO 1 |
| HYLAND | GERALD | IL | 99-3153 | 08-91862 | CVLO 1 |
| IRONS | GARY | IL | 97-1170 | 10-68130 | CVLO 1 |
| JACKSON | ROBERT | IL | 97-8980 | 10-67541 | CVLO 2 |
| JANES | JERRY | IL | 99-8533 | 08-89995 | CVLO 2 |
| JENNINGS | BILLY | IL | 96-1152 | 08-91757 | CVLO 1 |
| JINDRESEK | WALTER | IL | 96-3091 | 08-91858 | CVLO 1 |
| JOHNSON | RICHARD | IL | 98-2092 | 08-92122 | CVLO 1 |
| JOHNSON | LEO | IL | 93-01417 | 08-91661 | CVLO 1 |
| JOHNSON | FELIX | IL | 99-8560 | 08-90020 | CVLO 2 |
| JOYCE | MICHAEL | IL | 96-1591 | 09-60961 | CVLO 2 |
| KELLEY | HOWARD | IL | 99-5948 | 10-67555 | CVLO 2 |
| KENNEDY | ROY | IL | 99-0677 | 08-89492 | CVLO 1 |
| KITTLESON | ALFRED | IL | 96-4028 | 08-91887 | CVLO 1 |
| KLIMEK | DAVID | IL | 00-02031 | 08-90065 | CVLO 2 |
| KNAPP | JIMMY | IL | 97-1018 | 08-91763 | CVLO 1 |
| KRUSE | PATRICK | IL | 00-CV-3110 | 08-91867 | CVLO 1 |
| KUPINA | ANTON | IL | 01-02011 | 08-90207 | CVLO 2 |
| LA HOOD | HARRY | IL | 97-1128 | 10-68131 | CVLO 1 |
| LEVANDOWSKI | JEROME | IL | 99-05882 | 08-89870 | CVLO 2 |
| LISTON | FRANK | IL | 11-203 | 11-66749 | CVLO 1 |
| LOWER | GARRY | IL | 97-1238 | 10-68129 | CVLO 1 |
| MALONE | CLIFFORD | IL | 99-1257 | 10-68124 | CVLO 2 |
| MARCOGLIESE | FRANK | IL | 00-0009 | 08-89497 | CVLO 1 |
| MARESCA | JOSEPH | IL | 95-50066 | 08-90328 | CVLO 1 |
| MARTIN | DAVID | IL | 09-2308 | 10-61109 | CVLO 1 |
| MARTIN | BENNIE | IL | 99-04333 | 10-67550 | CVLO 2 |
| MASKE | FREDERICK | IL | 00-2860 | 08-90102 | CVLO 2 |
| MATHENEY | ROY | IL | 07-2223 | 08-91955 | CVLO 1 |
| MAULDING | DUANE | IL | 96-2102 | 08-92113 | CVLO 1 |

| | | | | | |
|---|---|---|---|---|---|
| MCCARTHY | DANIEL | IL | 99-8529 | 08-89991 | CVLO 2 |
| MCCLAIN | WALLACE | IL | 99-5945 | 08-89814 | CVLO 2 |
| MCCULLUM | ROOSEVELT | IL | 98-1996 | 08-89883 | CVLO 2 |
| MEISCHNER | GISELA | IL | 00-1191 | 08-92192 | CVLO 1 |
| MEISCHNER | RICHARD | IL | 97-1091 | 09-60648 | CVLO 1 |
| MEISCHNER | DONALD | IL | 97-1091 | 09-60645 | CVLO 1 |
| MEISCHNER | LEONARD | IL | 96-1153 | 08-91758 | CVLO 1 |
| MENOZZI | EUGENE | IL | 99-5238 | 08-89865 | CVLO 2 |
| MILLER | ALBERT | IL | 00-2154 | 08-90074 | CVLO 2 |
| MINNICK | GLENN | IL | 00-02842 | 08-90096 | CVLO 2 |
| MITCHELL | ARTHUR | IN | 99-00397 | 10-67654 | CVLO 2 |
| MOFFETT | GEORGE | IL | 99-7289 | 08-89973 | CVLO 2 |
| MOFFETT | LEON | IL | 00-2170 | 08-90075 | CVLO 2 |
| MOORE | GEORGE | IL | 00-3332 | 08-91869 | CVLO 1 |
| MOORE | JAMES | IL | 00-02039 | 08-90069 | CVLO 2 |
| MOORE | ULISH | IL | 99-05943 | 08-89813 | CVLO 2 |
| MORR | LEE | IL | 00-2049 | 08-92152 | CVLO 1 |
| MUFFLER | WILLIAM | IL | 99-8400 | 08-89976 | CVLO 2 |
| NALL | CLYDE | IL | 00-2206 | 08-90084 | CVLO 1 |
| NEHLSEN | MICHAEL | IL | 97-4042 | 08-91893 | CVLO 2 |
| NELMS | KENNETH | IL | 93-1422 | 08-91666 | CVLO 1 |
| NICHOLS | GERALD | IL | 95-2049 | 10-68097 | CVLO 1 |
| NICHOLS | LEONARD | IL | 98-2133 | 10-68105 | CVLO 1 |
| NICHOLS | JOHN | IL | 01-00612 | 08-90185 | CVLO 2 |
| NORBERG | EARL | IL | 02-2948 | 08-90264 | CVLO 2 |
| NORBERG | HOWARD | IL | 97-1685 | 10-67537 | CVLO 2 |
| O'KEEFE | ROBERT | IL | 06-1308 | 08-92210 | CVLO 1 |
| ONGENAE | TERRY | IL | 99-04338 | 10-67551 | CVLO 2 |
| OTTO | THOMAS | IL | 94-04200 | 08-89369 | CVLO 2 |
| PALSGROVE | JOSEPH | IL | 94-4221 | 08-89373 | CVLO 1 |
| PATRICK | CAROLYN | IL | 01-02430 | 08-90221 | CVLO 2 |
| PAYNE | LYNN | IL | 98-04060 | 08-92307 | CVLO 2 |
| PERSON | ARTHUR | IL | 00-8177 | 08-90157 | CVLO 2 |
| PERSON | ETHEL | IL | 01-03632 | 08-90227 | CVLO-2 |
| PITTMAN | FRANK | IL | 97-0599 | 08-89441 | CVLO 1 |
| PLUE | RICHARD | IL | 97-3260 | 10-68073 | CVLO 1 |
| POTTS | STANLEY | IL | 01-3107 | 08-91872 | CVLO 1 |
| POWELL | DALE | IL | 96-0237 | 08-89293 | CVLO 1 |
| POWELL | THOMAS | IL | 96-4026 | 08-91885 | CVLO 1 |
| PRATHER | JAMES | IL | 91-7931 | 08-89745 | CVLO 1 |
| PRAY | FRANKIE | IL | 96-4025 | 08-91884 | CVLO 2 |
| RASNER | DONALD | IL | 00-2005 | 08-92143 | CVLO 1 |
| REINHARDT | GARY | IL | 99-2151 | 08-92131 | CVLO 1 |
| REINOEHL | DONALD | IL | 01-4029 | 08-89460 | CVLO 1 |
| RICHARDSON | ELEANORE | IL | 99-5417 | 10-67553 | CVLO 2 |
| RIGGS | IRVING | IL | 96-1323 | 08-91762 | CVLO 1 |
| ROBERSON | FREDDIE | IL | 00-2198 | 08-90080 | CVLO 2 |
| ROMANETTO | GARY | IL | 00-78 | 08-90048 | CVLO 2 |
| ROME | DOUGLAS | IL | 99-6009 | 08-89825 | CVLO 2 |
| RUESKEN | LOUIS | IN | 97-0101 | 09-61820 | CVLO 2 |
| RUPSLAUK | RICHARD | IL | 99-04347 | 08-89850 | CVLO 2 |
| RYAN | MICHAEL | IL | 00-8216 | 08-90172 | CVLO 2 |

4

| | | | | | |
|---|---|---|---|---|---|
| RYAN | MICHAEL | IL | 11-1953 | 11-66747 | CVLO 2 |
| SAMS | PHILLIP | IN | 94-1728 | 08-88575 | CVLO 1 |
| SANTERELLI | GERALD | IL | 96-1593 | 09-60962 | CVLO 2 |
| SCHUCK | WALTER | IL | 01-1048 | 08-92205 | CVLO 1 |
| SCHURTZ | MICHAEL | IL | 96-01112 | 08-91742 | CVLO 1 |
| SCOTT | THOMAS | IL | 01-441 | 08-91314 | CVLO 2 |
| SCROGHAN | DONALD | IL | 99-8541 | 08-90002 | CVLO 2 |
| SEIFERT | WILLIAM | IL | 99-1289 | 08-92171 | CVLO 1 |
| SHAMBAUGH | BURTON | IL | 96-50057 | 08-90331 | CVLO 2 |
| SHEARER | KENNETH | IN | 99-00049 | 08-91430 | CVLO 2 |
| SHEETS | GERROLD | IN | 97-00325 | 09-61887 | CVLO-2 |
| SHELBY | QUINCY | IL | 00-1767 | 08-90057 | CVLO 2 |
| SHORT | JOHNNIE | IL | 98-1344 | 08-92164 | CVLO 1 |
| SIEFERT | RAYMOND | IL | 00-01978 | 08-90198 | CVLO 2 |
| SMITH | ORVILLE | IL | 97-2150 | 10-68104 | CVLO 1 |
| SMITH | RONALD | IL | 06-3759 | 08-90287 | CVLO 1 |
| SMITH | RUSSELL | IL | 99-1259 | 10-68123 | CVLO 2 |
| SMITH | DALE | IL | 94-01466 | 08-91717 | CVLO-2 |
| SMITH | LEO | IL | 03-8170 | 08-90276 | CVLO 2 |
| SPANGLER | HERBERT | IL | 96-4022 | 08-91882 | CVLO 1 |
| SPERBER | ERNEST | IL | 00-02343 | 08-91942 | CVLO 2 |
| STARIHA | WILLIAM | IN | 99-0213 | 09-64725 | CVLO 1 |
| STUDER | BERNARD | IL | 96-1593 | 09-60971 | CVLO 2 |
| SULLIVAN | PATRICK | IN | 97-00115 | 09-61811 | CVLO 2 |
| SWANGO | JAMES | IL | 00-2858 | 08-90101 | CVLO 2 |
| TAYLOR | JAMES | IL | 96-4021 | 08-91881 | CVLO 1 |
| THOMAS | GLENDEL | IL | 01-1049 | 08-92206 | CVLO 1 |
| TOVEY | ROBERT | IL | 99-2178 | 08-92133 | CVLO 1 |
| TRAVIS | JIM | IL | 00-08201 | 08-90170 | CVLO 2 |
| Turner | Larry | IL | 98-06518 | 08-89903 | CVLO 1 |
| UNZICKER | LEONARD | IL | 11-00224 | 11-66288 | CVLO 1 |
| VAN DOLAH | VERNON | IL | 96-4020 | 08-91880 | CVLO 2 |
| WALKER | CLARENCE | IL | 99-2207 | 08-92136 | CVLO 1 |
| WARE | WILLIAM | IL | 97-1457 | 08-92159 | CVLO 1 |
| WEBER | DANIEL | IL | 99-2177 | 08-92132 | CVLO 1 |
| WESLEY | KEITH | IL | 97-4216 | 10-64570 | CVLO 1 |
| WHITE | SHIRLEY | IL | 00-8215 | 08-90171 | CVLO 2 |
| WIKER | PHILIP | IL | 01-01170 | 08-92207 | CVLO 1 |
| WILLIAMS | LLOYD | IL | 91-1378 | 08-91588 | CVLO 1 |
| WILLIAMS | BRUCE | IL | 01-0227 | 08-91282 | CVLO 2 |
| WILLIAMS | EDDIE | IL | 99-8538 | 08-90000 | CVLO-2 |
| WILSON | MERLE | IL | 96-4019 | 08-91879 | CVLO 1 |
| WILSON | IRVIN | IL | 97-50219 | 08-90339 | CVLO 2 |
| WINSLOW | TERRY | IL | 96-02168 | 08-92144 | CVLO 1 |
| WORKMAN | JOHN | IL | 97-3026 | 10-68071 | CVLO 1 |
| WRIGHT | JOSEPH | IL | 00-8186 | 08-90161 | CVLO 2 |
| WRIGHT | ELMER | IL | 01-01980 | 08-90199 | CVLO 2 |
| ZWANZIG | WILLIAM | IL | 03-5390 | 08-90270 | CVLO 2 |

Certificate of Service

**MAILED:**

ALBERT M. BOWER
ANDREW J. CROSS
ANDREW JOHN BOLING
ANDREW N. LEVINE
ANNE T. STINNEFORD
ANTHONY G. BARONE
BARRY A. ROBIN
BEVERLY D. GARNER
BILLEE R. LIGHTVOET
BRADLEY B FALKOF
BRIAN A. TARNOW
BRIAN S. EBENER
BRIAN W. FIELDS
BRUCE L. KAMPLAIN
C. T. DUCEY
CAROL L. TATE
CHARLES E. REITER
CHRISTOPHER JASON RAISTRICK
CIARA R. FROST
CLARKE M. GILLESPIE
CREED T. TUCKER
DANIEL J. CHEELY
DANIEL L. OVERBEY
DAVID A. ROLF
DAVID B. MUELLER
DEAN N. PANOS
DEBORAH G. SOLMOR
DEMARCUS J. GORDON
DENIS P. RISCHARD
DENNIS J. DOBBELS
DENNIS J. GRABER

DEVLIN JOSEPH SCHOOP
DONALD K. BROAD
EDWARD F. RUBERRY
ELIZABETH SCHROER HARVEY
EUGENE LESTER MILLER
FRANCIS MORRISSEY
FRANCIS PETER MORRISSEY
GARY M SMITH
JACK L. BLOCK
JAMES E. PECKERT
JAMES J. HICKEY
JAMES K. TOOHEY
JAMES L. HAFELE
JAMES M. SNYDER
JAMES P. FIEWEGER
JASON B. SMALL
JEFFREY L. MCKEAN
JEFFREY T. REEL
JENNIFER JOHNSTON
JENNIFER A. SEIDLER
JENNIFER JOHNSTON TERANDO
JENNIFER KELLY FARDY
JOEL A. POOLE
JOHN DAMES
JOHN R. OSTOJIC
JOHN W. DIXON
JOMARIE B. FREDERICKS
JONATHAN VINES
JOSEPH J. O'HARA
JOSEPH T. WITEK
JOSHUA B. MURPHY

JULIE E. BENES
K. KRISTANN CAREY
KATHERINE E. GRAF
KELLY MCCLOSKEY
KELLY MCCLOSKEY CHERF
KENNETH M. GORENBERG
KRISTIN JOY ACHTERHOF
KRISTINE K. KRAFT
KURTIS B. REEG
LAURA A. O'CONNELL
LIMO T. CHERIAN
LORI SUSAN YOKOYAMA
MARK A. LIES
MARK E. RAKOCZY
MARK S. ROSEN
MAUREEN MUNRO
MAUREEN E. KELLY
MEANITH HUON
MELISSA S. SKILKEN
MEREDITH SUZANNE HUDGENS
MICAH R. INLOW
MICHAEL A. GLACKIN
MICHAEL C. MOODY
MICHAEL J. HENNIG
MICHAEL J. O'ROURKE
MICHAEL P. CONNELLY
MICHELLE M. MONTGOMERY
MURRAY E. ABOWITZ
NEIL B. SOLOMON
NICOLE C. BEHNEN
P. TERENCE CREBS

PATRICIA L. MCCARTHY
PATRICK J. PHILLIPS
PATRICK V. REILLY
PETER E. CARLSON
RICHARD A. CHAPIN
RICHARD C. BAKER
RICHARD P. STEINKEN
ROBERT E. HALEY
ROBERT J. KOPKA
ROBERT L. SHUFTAN
ROBERT T. VARNEY
RONALD L. LIPINSKI
ROSEANNE LOFTUS
RUSSELL J. HOOVER
SCOTT M. KYROUAC
STEPHAN JOHN ROTH
STEPHANIE ANN SCHARF
STEPHEN J. MAASSEN
STEVEN O. SCHNACK
SUSAN GUNTY
SUSAN M. HUNTER
TARA R. BECKWITH
THERESE A. KELLY
THOMAS H. WILSON
THOMAS L. ORRIS
TIMOTHY J. FAGAN
TIMOTHY J. HARRIS
TIMOTHY W. UEBER
WILLIAM D. MCGRATH
YVETTE R. DIAMOND
ZANE L. LUCAS
ZENAIDA M. FALCON

**E-MAILED:**

ALAN STUART ZELKOWITZ
ALLEN D. VAUGHAN
AMANDA D. SUMMERLIN
AMIEL GROSS
ANDREW J. DETHERAGE
ANITA M. KIDD
BARRY A SHORT
BASIL A. DISIPIO
BRYAN L. SKELTON
BRYCE H. BENNETT
C. KATE DOUGLAS
C. MICHAEL EVERT
CAROL A. ZUCKERMAN
CATHERINE L. CARLSON
CATHY A MOLCHIN
CHRISTI G. JONES
CHRISTOPHER D LEE
CHRISTOPHER P. LARSON
CLARE M. MAISANO
CRAIG T. LILJESTRAN
CURTIS R. BAILEY
CYNTHIA M. LOCKE
DANIEL D. TRACHTMAN
DANIEL G. DONAHUE
DANIEL J. MULHOLLAND
DANIEL J. O'CONNELL
DANIEL M. LONG
DANIEL R. GRIFFIN
DANIEL W. MCGRATH
DAVID SZLANFUCHT
DAVID E. JONES
DAVID F. FANNING
DAVID M. SETTER
DAVID W. YBARRA
DENNIS F. CANTRELL
DERRICK L. HADDOX

DONALD W. WARD
DOUGLAS B. KING
DOUGLAS L. PROCHNOW
EDWARD H. MACCABE
EDWARD J. MCCAMBRIDG
EDWARD M. CASMERE
EDWARD M. CRANE
EDWARD P. KENNEY
GERMAINE W. WILLETT
GREGORY L. COCHRAN
HOWARD PATRICK MORRIS
J. PATRICK BRADLEY
JAMES A. NIQUET
JAMES M. BOYERS
JAMES PAUL KASPER
JAMES R. CARTER
JAMES ROBERT MORRISON
JAMIE P. YADGAROFF
JANELLE K. LINDER
JASON L. KENNEDY
JASON WAYNE RUBIN
JEFFREY E. ROGERS
JEFFREY S. HEBRANK
JENNIFER J. KALAS
JENNIFER L. BLACKWELL
JENNIFER MARIE STUDEBAKER
JOHN A. SHEFFER
JOHN ANTHONY FONSTAD
JOHN C. BABIONE
JOHN C. CANONI
JOHN D. WALLER
JOHN H. DOUGLAS
JOHN J. KUROWSKI
JOHN M. SEEBOHM
JON BAROOSHIAN
JONATHAN D. MATTINGLY

JOSEPH J. KRASOVEC
JOSEPH P. SULLIVAN
JOSHUA D. LEE
KAYCE L. GISINGER
KENT L. PLOTNER
KEVIN G. OWENS
KEVIN R. KNIGHT
KIRK THOMAS HARTLEY
KNIGHT S. ANDERSON
KURT E. REITZ
LAURIE S. RANDOLPH
LESLIE G. OFFERGELD
LISA M. DILLMAN
LISA RAE CORWIN
MAJA C. EATON
MARGARET M. FOSTER
MARY ANN HATCH
MATTHEW J. FISCHER
MEGAN KATHLEEN MURRAY
MELANIE R. KING
MICHAEL A. BERGIN
MICHAEL DAVID ROSENBERG
MICHAEL J. DENNING
MICHAEL J. ZUKOWSKI
MICHAEL P. CASCINO
MICHAEL T. TRUCCO
MICHAEL W. DRUMKE
OLLIE M. HARTON
PATRICK F. HAGGERTY
PATRICK J. LAMB
PATRICK W STUFFLEBEA
PAUL B. O'FLAHERTY
PETER V. MARKS
RAYMOND H. MODESITT
RAYMOND R. FOURNIE
REED W. SUGG

RICHARD M. LAUTH
RICK C SHEA
ROBERT SPITKOVSKY
ROBERT G. MCCOY
ROBERT H. RILEY
ROBERT H. SANDS
ROBERT MATTHEW SCHROEDER
ROBERT N. SPINELLI
ROBERT P. HARRIS
ROBERT P. PISANI
ROBERT W. SCHMIEDER
ROBERT W. WILKINSON
ROBERT WESTWOOD SCOTT
ROGER K. HEIDENREIC
RONALD AUSTIN
RONALD L. HACK
RUSSELL K. SCOTT
SCOTT D. SIMPKINS
SHAWANE L. LEE
SHEHZAD HASAN
STEPHEN K. MILOTT
STEVEN A. HART
STEVEN J. SCOTT
SUSAN E. MEHRINGER
TEIRNEY S. CHRISTENSO
THOMAS J. KERNELL
THOMAS W. HAYES
THOMAS W. TARDY
TIMOTHY J. MURPHY
TIMOTHY LAWRENCE KRIPPNER
TOBIN J. TAYLOR
WALTER G. WATKINS
WILLIAM C MILLS
WILLIAM D. SHULTZ
WILLIAM F. MAHONEY
WILLIS R. TRIBLER

Uniroyal Order 2.1.12